UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br>aka GARY FRANCIS FISHER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>BAKERSFIELD P.D., et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00765-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Gary Dale Barger's allegations in this federal civil rights action are based on events that occurred in Kern County, which lies in the Eastern District. This action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** February 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge